ORIGINAL

RECEIVED
MAR 1 5 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)
VT Halter Marine, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] David S. Bland

Firm Name: King, LeBlanc & Bland, PLLC

05- 369C

Post Office Box:

Street Address: 201 St. Charles Ave., 45th Floor

City-State-Zip: New Orleans, LA 70170

Telephone & Facsimile Numbers: Phone: 504-582-1317 Fax: 504-582-1233

E-mail address: dbland@klb-law.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** n/a

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003