ORIGINAL

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 15 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VT HALTER MARINE, INC., Plaintiff, | § § § | |
| versus | § § § | Civil Action No. 05-369C |
| THE UNITED STATES OF AMERICA, Defendant. | § § § § | Judge ______________________ |

**DISCLOSURE STATEMENT**

COMES NOW Plaintiff, VT Halter Marine, Inc. ("VTHM"), through undersigned counsel, who, in accordance with Rule 7.1 of the Rules of the United States Court of Federal Claim, states as follows:

1. The parent corporation of VTHM is Vision Technologies Marine, Inc.
2. There is no publicly held corporation that owns 10% or more of VTHM's stock.

Respectfully submitted this 14th day of March 2005.

**KING, LEBLANC & BLAND, P.L.L.C.**

DAVID S. BLAND, Attorney of Record (LA #1257)
JULIE M. ARAUJO, Of Counsel (LA #26174)
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 583-1233
**Attorneys for VT Halter Marine, Inc.**

S:\2170\006\PLEADINGS\CFC DISCLOSURE.DOC