IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VT HALTER MARINE, INC., Plaintiff, | ) | |
| v. | ) | No. 05-369C (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of STEVEN J. GILLINGHAM as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Telephone: (202) 616-2311
Facsimile: (202) 353-7988

April 14, 2005

CERTIFICATE OF FILING

I hereby certify that on April 14, 2005 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham