**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| VT HALTER MARINE, INC.,<br>Plaintiff, | §<br>§<br>§ | Civil Action No. 05-369C |
| versus | §<br>§<br>§ | Judge Lynn J. Bush |
| THE UNITED STATES OF AMERICA,<br>Defendant. | §<br>§<br>§ | |

**VT HALTER MARINE, INC.'s MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF LEAVE TO FILE SECOND AMENDED & SUPPLEMENTAL COMPLAINT**

COMES NOW Plaintiff, VT Halter Marine, Inc. ("VTHM"), through undersigned counsel, who hereby moves this Court for leave to file its Second Amended and Supplemental Complaint for the forgoing reasons.

1.

As outlined by the Supreme Court, there are five considerations to determine whether to grant a party leave to amend a complaint: 1) undue delay, 2) bad faith or dilatory motive, 3) repeated failure to cure deficiencies by previous amendments, 4) undue prejudice to the opposing party, and 5) futility of the amendment. *Rosenzweig v. Azurix Corp.*, 332 F.3d 854, 864 (5th Cir.2003) (citing *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962)). Absent any of these factors, the leave sought should be "freely given." *Foman*, 371 U.S. at 182, 83 S.Ct. 227.

2.

In the motion before the Court, none of the aforementioned factors are present.

3.

Undersigned counsel has conferred with counsel for Defendant and has obtained counsel for Defendant's consent to the filing of the Second Amended Complaint.

4.

Further, VTHM submits that there is good cause supporting this Court's granting of its Motion for Leave to file because it has learned new information that was not known at the time of the filing of the First Amended Complaint. *See FRCP 15(d).*

**WHEREFORE**, VTHM prays this Court GRANT its Motion for Leave to File its Second Amended and Supplemental Complaint.

Respectfully submitted this 26th day of September 2005,

**KING, LEBLANC & BLAND, P.L.L.C.**

s/David S. Bland

**DAVID S. BLAND**, Attorney of Record (LA #1257)
**JULIE M. ARAUJO**, Of Counsel (LA #26174)
7500 San Felipe, Suite 800
Houston, Texas 77063
Telephone: (713) 334-5644
Facsimile: (713) 334-5828
**Attorneys for VT Halter Marine, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT has been electronically filed this 26th day of September, 2005. Service of the MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT will be made through the Court's Electronic Case Filing (ECF) system.

/S/ David S. Bland