# In the United States Court of Federal Claims

No. 05-369 C
(Filed September 28, 2005)

* * * * * * * * * * * * * * * * * * * * * *
V.T. HALTER MARINE, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 26, 2005, plaintiff filed an unopposed Motion and Incorporated Memorandum in Support of Leave to File Second Amended & Supplemental Complaint. Plaintiff's counsel states that plaintiff has learned of new information that was not known at the time of the filing of the first amended complaint. Therefore, plaintiff requests permission from the court to file a second amended and supplemental complaint. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED** and plaintiff shall **FILE** its Second Amended & Supplemental Complaint on or before October 7, 2005.

s/Lynn J. Bush
LYNN J. BUSH
Judge`