# In the United States Court of Federal Claims

No. 05-369 C

(Filed November 10, 2005)

* * * * * * * * * * * * * * * * * * * * * *
V.T. HALTER MARINE, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 26, 2005, plaintiff filed an unopposed Motion and Incorporated Memorandum in Support of Leave to File Second Amended & Supplemental Complaint. By order dated September 28, 2005, the court granted plaintiff's motion and directed plaintiff to file its Second Amended & Supplemental Complaint on or before October 7, 2005. To date, plaintiff has not filed its Second Amended & Supplemental Complaint.

Accordingly, it is hereby **ORDERED** that plaintiff shall **FILE** its **Second Amended & Supplemental Complaint** on or before **November 18, 2005**.

s/Lynn J. Bush
LYNN J. BUSH
Judge`