**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| VT HALTER MARINE, INC.,<br>Plaintiff, | §<br>§<br>§ | Civil Action No. 05-369C |
| versus | §<br>§<br>§ | Judge Lynn J. Bush |
| THE UNITED STATES OF AMERICA,<br>Defendant. | §<br>§<br>§ | |

**VT HALTER MARINE, INC.'s**
**SECOND AMENDED & SUPPLEMENTAL COMPLAINT**

COMES NOW Plaintiff, VT Halter Marine, Inc. ("VTHM"), through undersigned counsel, who hereby asserts the following for its Second Amended Complaint against the Defendant, the United States of America, acting through and by the United States Army Tank-Automotive and Armaments Command ("TACOM"), and states as follows:

**GENERAL REAVERMENT**

VTHM hereby renews and re-alleges each and every allegation of its First Amended Complaint as if incorporated and presented in full herein, and further avers supplemental and amending allegations as follows:

**SUPPLEMENTAL ALLEGATIONS**

21a.

Within the September 24, 2004 termination for default notice, TACOM formally demanded repayment by VTHM of $648,120, which represents previous payments by TACOM to VTHM for its performance of CDRL's under CLIN 0036AA, including but not limited to the terminated LMI/Technical Publication CDRL's.

Subsequent to the issuance of Mod 10, TACOM again formally demanded repayment by VTHM of $648,120, which is comprised of $475,419 paid against the LMI/Technical Publication CDRL's removed by Mod 8 and $172,701 paid against the CLIN 0036AA CDRL's improperly terminated by Mod 10.

**AMENDED ALLEGATIONS**

**COUNT SEVEN: APPEAL OF FINAL DECISION ON REPAYMENT DEMAND**

100.

Through Mod 8, TACOM waived and released further claims for adjustment of the Contract resulting from the settlement and removal from the contract of the LMI/Technical Publication CDRL's.

101.

The Contracting Officer's Final Decision regarding payment by VTHM of $648,120, includes $475,419 in previous payments made by TACOM for VTHM's performance of the LMI/Technical Publication CDRL's.

102.

Because TACOM waived and released all claims related to payments upon the LMI/Technical Publication CDRL's, the Contracting Officer's Final Decision demanding repayment of previous payments is improper and should be reversed and set aside.

The Contracting Officer's Final Decision regarding repayment by VTHM of $648,120, also includes $172,701 in previous payments made by TACOM for VTHM's performance of the COTS and other CDRL's within CLIN 0036AA which were purportedly terminated by Mod 10.

104.

Because Mod 10 improperly terminated the COTS and other CDRL's within CLIN 9936AA, the Contracting Officer's Final Decision demanding repayment of $172,701 paid against those CDRL's is improper and should be reversed and set aside.

105.

VTHM is entitled to conversion of the partial default termination of CDRLs remaining under CLIN 0036AA and CLINs 0014AA, 0015AA and 0025AA under the Contract into a partial termination for convenience, pursuant to FAR Section 52.249-2.

106.

VTHM is entitled to all costs, profits, and damages as a result of TACOM's improper termination for default.

**WHEREFORE, Plaintiff, VT Halter Marine, Inc. prays:**

107.

That VTHM be found to have complied with the requirements of the Contract;

108.

That TACOM's partial termination for default be deemed improper and overturned;

109.

That the partial termination for default be converted to a partial termination for convenience;

110.

That VTHM be awarded all costs and damages claimed in its Certified Claims;

11.

That VTHM be awarded all costs, profits, and damages incurred as a result of TACOM's improper termination for default.

112.

That VTHM be awarded any and all allowable damages, attorneys' fees, costs and profits for TACOM's improper and unjustified termination action;

113.

That VTHM be awarded such other relief as the Court deems proper.

Respectfully submitted this 10th day of November 2005,

**KING, LEBLANC & BLAND, P.L.L.C.**

s/David S. Bland

**DAVID S. BLAND**, Attorney of Record (LA #1257)
**JULIE M. ARAUJO**, Of Counsel (LA #26174)
7500 San Felipe, Suite 800
Houston, Texas 77063
Telephone: (713) 334-5644
Facsimile: (713) 334-5828
**Attorneys for VT Halter Marine, Inc.**

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that a copy of the above and foregoing SECOND AMENDED AND SUPPLEMENTAL COMPLAINT has been electronically filed this 10th day of November, 2005. Service of the SECOND AMENDED AND SUPPLEMENTAL COMPLAINT will be made through the Court's Electronic Case Filing (ECF) system.

s/David S. Bland

______________________________

S:\2170\038\Pleadings\tacom 2nd amend complaint.doc