IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VT HALTER MARINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-369C<br>(Judge Bush) |

DEFENDANT'S ANSWER TO THE
SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

For its answer to the Second Amended and Supplemental Complaint, defendant admits, denies, and alleges as follows:

21a. Admits the allegations contained in paragraph 21a only to the extent supported by the final decision, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 21a.

47a. Admits the allegations contained in paragraph 47a, except the allegation that the CDRL's were "improperly" terminated by Mod. 10, which is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

101. The allegations contained in paragraph 101 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

102. The allegations contained in paragraph 102 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

103. Admits the allegations contained in paragraph 103 only to the extent supported by the final decision, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 103.

104. The allegations contained in paragraph 104 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

105. The allegations contained in paragraph 105 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

106. The allegations contained in paragraph 106 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

Denies each and every allegation not previously admitted or otherwise qualified.

Denies that plaintiff is entitled to the relief requested in its prayer for relief contained in paragraphs 107 through 113, or to any relief whatsoever.

WHEREFORE, defendant requests that the complaint be dismissed, and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311

Attorneys for Respondent

OF COUNSEL:

CPT PATRICK BUTLER
Department of the Army
Litigation Division
Arlington, VA

November 30, 2005

CERTIFICATE OF FILING

I hereby certify that, on November 30, 2005, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham