IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VT HALTER MARINE, INC., Plaintiff, | § § § | |
| versus | § | Civil Action No. 05-369C |
| | § § | Judge Lynn J. Bush |
| THE UNITED STATES OF AMERICA, Defendant. | § § § | |

## MOTION FOR ENLARGMENT OF TIME

COMES NOW Plaintiff, VT Halter Marine, Inc. ("VTHM"), through undersigned counsel, who, pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims and on behalf of all parties, respectfully moves the Court for an enlargement of time within which the parties may conduct fact discovery and amend pleadings. This motion further seeks a corresponding enlargement of time for the filing of a joint status report and dispositive motions. Undersigned counsel has conferred with counsel for Defendant, United States of America ("USA"), who has read this Motion and concurs herewith.

In support hereof, VTHM state as follows:

### Background and Reasons for Requested Enlargement

This matter was initiated on March 15, 2005 by the filing of VTHM's original Complaint. On July 1, 2005, the parties filed their Joint Preliminary Status Report ("JPSR"). On July 18, 2005, the Court entered the Preliminary Scheduling Order, which, based upon the suggested dates in the JPSR, set March 30, 2006 as the date by which all fact discovery and the amendments of pleadings should be completed.

In the interim, the physical damages and interruption of business activities caused by Hurricane Katrina significantly impacted VTHM's ability to properly pursue fact discovery in this matter. In addition, counsel for USA was called to active duty and stationed overseas for approximately three months, during which time discovery was not conducted. Moreover, the parties are currently attempting, through structured discussions, to amicably resolve this matter. Fact discovery has been held in abeyance during this period of structured settlement discussions. The parties agree that the enlargement of time requested herein would allow the parties adequate opportunity to continue and conclude such discussions.

Over the past several months, the parties have exchanged certain facts and documents through formal requests for production of documents and initial disclosures. However, in the event that this matter is not amicably settled and proceeds to trial, further discovery is needed. Counsel for both parties have conferred and agree that the period for discovery should be enlarged by an additional one hundred eighty (180) days. No enlargement of the discovery period has been previously sought by the parties.

In addition, the Preliminary Scheduling Order requires that the parties file a joint status report upon the earlier of April 14, 2006 or the completion of discovery and sets April 28, 2006 as the date by which any dispositive motions must be filed. In the event the Court grants the instant motion for enlargement of the discovery period, the parties hereby request that the Court also enlarge the times for filing the joint status report and dispositive motions by an additional one hundred eighty (180) days. No enlargements of the times for filing the joint status report or dispositive motions have been previously sought by the parties.

## CONCLUSION

Accordingly, for the reasons set forth above, it is respectfully requested that the Court grant this motion and set September 26, 2006 as the date by which all fact discovery, including production of documents, depositions, interrogatories and requests for admissions, as well as any amendment of pleadings must be completed. It is further respectfully requested that the Court set the earlier of the completion of discovery or October 11, 2006 as the date by which the parties must file a joint status report. It is further respectfully requested that the Court set October 25, 2006 as the date by which any dispositive motions must be filed.

Respectfully submitted this 29th day of March 2006.

s/ David S. Bland by s/ Julie M. Araujo
DAVID S. BLAND, Attorney of Record (LA #1257)
JULIE M. ARAUJO, Of Counsel (LA #26174)
**KING, LEBLANC & BLAND, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 583-1233
**Attorneys for VT Halter Marine, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006 I electronically filed the foregoing "Joint Motion for Enlargement of Time" with the Clerk of Court using the Court's Electronic Case Filing System. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David S. Bland by s/ Julie M. Araujo

S:\2170\038\PLEADINGS\MOT ENLARGE TIME.DOC