# In the United States Court of Federal Claims

No. 05-369 C
(Filed March 30, 2006)

* * * * * * * * * * * * * * * * * * * * * *
V.T. HALTER MARINE, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On March 29, 2006, plaintiff filed an unopposed Motion for Enlargement of Time of 180 days, to and including September 26, 2006, within which the parties may conduct fact discovery and amend pleadings. Additionally, if the enlargement of time is granted, plaintiff requests that the current deadlines for the filing of the joint status report and any dispositive motions be extended to incorporate the amended discovery deadline. Accordingly, it is hereby **ORDERED** that plaintiff's motion is hereby **GRANTED** and the parties are directed to adhere to the following amended schedule:

(1) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions, as well as any motions for an amendment of pleadings shall be **COMPLETED** on or before **September 26, 2006**.

(2) On **October 11, 2006**, or upon completion of discovery by the parties, whichever event occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14

through 17.

(3) Any **Dispositive Motions** shall be **FILED** on or before **October 25, 2006**.

s/Lynn J. Bush
LYNN J. BUSH
Judge`