IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VT HALTER MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-369C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1)(ii), the parties stipulate that the complaint be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses, except as otherwise provided in their settlement agreement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/David S. Bland
DAVID S. BLAND
KING, LEBLANC & BLAND, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Tel: 504-582-3800
Facsimile: 504-583-1233

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. St. N.W
Attention: Classification Unit,
8th Floor,
Washington, D.C. 20530
Tel: 202-616-2311
Facsimile: 202-353-7988

Attorneys for Respondent

OF COUNSEL:

JULIE M. ARAUJO
KING, LEBLANC & BLAND, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170

Attorneys for Plaintiff

September 12 , 2006

OF COUNSEL:

CPT. PATRICK BUTLER
Judge Advocate General's Corps
U. S. Army Litigation Division
Arlington, VA

Attorneys for Defendant

September 13 , 2006

CERTIFICATE OF FILING

I hereby certify that on September 14, 2006, a copy of the foregoing "STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham